**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00092-CR**
**NO. 09-18-00101-CR**

_____

**EX PARTE DAVID JAMES BROWN**

On Appeal from the County Court at Law No. 5
Montgomery County, Texas
Trial Cause Nos. 17-30138 and 17-30139

**MEMORANDUM OPINION**

David James Brown has filed a motion to dismiss his appeals. *See* Tex. R. App. P. 42.2. A request to dismiss the appeals is signed by appellant personally and joined by counsel of record. No opinion has issued in these appeals. The motion is granted, and the appeals are therefore dismissed.

APPEALS DISMISSED.

_____
LEANNE JOHNSON
Justice

1

Submitted on June 12, 2018
Opinion Delivered June 13, 2018
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.